UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:12-CR-420-JCM-(PAL) |
| BRYAN DEL WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

This Court found on March 20, 2013, that BRYAN DEL WILLIAMS shall pay a criminal forfeiture money judgment of $450,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 24; Plea Agreement, ECF No. 25; Order of Forfeiture, ECF No. 26.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRYAN DEL WILLIAMS a criminal forfeiture money judgment in the amount of $450,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE