**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>BRYAN DEL WILLIAMS,<br><br>        Defendant(s). | 2:12-CR-420 JCM (PAL) |

### ORDER

On September 9, 2013, the court held a sentencing hearing for defendant, Bryan Williams. The sentence issued by the court required the payment of restitution in the amount of $1,428,500. Later that same day, the United States filed a motion to amend the judgment, stating that a clerical error had occurred, and that the amount of restitution sought should have been $1,859,500. (Doc # 35). The United States argues that the court should amend the judgment to order restitution in the amount of $1,859,500 pursuant to Fed. R. Crim. P. 36.

IT IS HEREBY ORDERED that the defendant shall file any response to the United States' motion to amend the judgment (Doc. # 35) on or before Monday, September 16, 2013, at 12 p.m. (noon).

DATED September 10, 2013.

_____
**UNITED STATES DISTRICT JUDGE**