1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-420 JCM (PAL) |
| Plaintiff(s), | |
| v. | |
| BRYAN DEL WILLIAMS, | |
| Defendant(s). | |

**ORDER**

Presently before the court is the government's sealed motion to reduce defendant's sentence pursuant to Federal Rule of Criminal Procedure 35(b)(1). (Doc. # 40). Defendant Bryan Dell Williams has not filed a response.

Federal Rule of Criminal Procedure 35(b)(1) provides that "[u]pon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person." Defendant Williams was sentenced on September 9, 2013, less than one year ago. (Doc. # 32). Upon consideration of the government's representations regarding defendant Williams' substantial assistance, the court finds good cause to reduce defendant Williams' sentence to thirty months. Such a reduction represents the difference between the high end and the low end of the guideline range applied by the court.

. . .

**James C. Mahan**
**U.S. District Judge**

Federal Rule of Criminal Procedure 43(b)(4) states that a defendant's presence is not required for the court to reduce a sentence pursuant to rule 35.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's sealed motion to reduce sentence (doc. # 40) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the court's judgment (doc. # 36) be amended to reflect a thirty (30) month custodial sentence.

DATED June 30, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -